GEORGE M. JANES, Respondent, *v.* JOHN P. H. JANES et al., Defendants, and WILLIAM F. JANES et al., Appellants.

*Real property — partition — title by adverse possession.*

*Janes* v. *Janes*, 199 App. Div. 912, affirmed.

(Argued October 5, 1923; decided October 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 5, 1921, unanimously affirming a judgment in favor of defendants entered upon a decision of the Oneida County Court on trial without a jury. The action was in partition. The trial court, holding that one of the defendants had established a valid and effective title to the premises by adverse possession, directed a dismissal of the complaint.

*R. S. Johnson* for appellants.

*W. M. Gallagher* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE W. HACKER, JR., Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 8, 1923; decided October 23, 1923.)

APPEAL from a judgment of the Supreme Court, rendered July 10, 1923, at a Trial Term for the county of Broome upon a verdict convicting the defendant of the crime of murder in the first degree.

*Thomas J. Mangan* for appellant.

*Urbane C. Lyons, District Attorney* (*Ray T. Hackett* and *Frank L. Wooster* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.